FILED

SEP 29 2010



CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| ROBERT L. WELCH, | * | CIV. 10-4075 |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| ED LIGTENBERG, Director; | * | |
| DENNIS KAEMINGK, Chair; | * | |
| JAMES P. SMITH, Member; | * | ORDER |
| PATRICIA A. MEYERS, Member; | * | |
| DEBRA C. FLUTE, Member; | * | |
| DAVE NELSON, Member; | * | |
| THOMAS CIHAK, Vice-chair; | * | |
| KIETH BOBENBERGER; | * | |
| JESSE SONOREAL; and | * | |
| KAY F. NIKOLAS; all of the | * | |
| South Dakota Board of Pardons and Paroles; | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Plaintiff brings this prisoner civil rights action pursuant to 42 U.S.C. § 1983. The Magistrate

Judge issued a Report and Recommendation recommending that the Complaint be dismissed for

failure to state a claim upon which relief can be granted. Plaintiff filed no objections to the report

and recommendation.

After conducting an independent review of the record, the Court agrees with the Magistrate

Judge. Accordingly,

IT IS ORDERED that:

1. The Report and Recommendation (Doc. 11) is ADOPTED.

2.   Plaintiff's complaint is dismissed, without prejudice, for failure to state a claim upon which relief can be granted.

3.   Plaintiff's Motion to Consider this a Priority Case and for Speedy Trial (Doc. 9) is DENIED.

4.   Plaintiff remains responsible for payment of the balance of the $350.00 filing fee.

Dated this _29ᵗʰ_ day of September, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By:_____, Deputy
(SEAL)